Opinion filed July 13, 2006















 
 
  
 
 







 
 
  
 
 




Opinion filed July 13, 2006

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-06-00087-CV 

                                                    __________

 

                       TOM
WOODARD,  CANDICE CAMPBELL, AND 

                 ALLISON CAMPBELL, Appellants

 

                                                             V.

 

                      DONALD
W. FERRY, SPENCER W. DOBBS, AND 

R.L. PETE MCKINNEY,
Appellees

 



 

                                         On
Appeal from the 244th District Court

 

                                                           Ector
 County, Texas

 

                                                 Trial
Court Cause No. C116,596

 



 

                                            M
E M O R A N D U M    O P I N I O N

Candice Campbell and Allison Campbell have filed
in this court a motion to dismiss their appeal as to R.L. Pete McKinney
only.  The motion is granted, and Candice
Campbell and Allison Campbell=s
appeal as to R.L. Pete McKinney is dismissed.








We note that Tom Woodard, Candice Campbell, and
Allison Campbell filed a joint notice of appeal from a judgment in favor of
Donald W. Ferry, Spencer W. Dobbs, and R.L. Pete McKinney.  Tom Woodard was not a party to the motion to
dismiss; therefore, his appeal remains active. 
Likewise, Candice Campbell and Allison Campbell=s
appeal concerning Donald W. Ferry and Spencer Dobbs also remains active.

Appellees=
brief is now due to be filed in this court on or before August 14, 2006.

 

PER CURIAM

 

July 13, 2006

Panel
consists of:  Wright, C.J., and

McCall,
J., and Strange, J.